**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| VS. | : | **APPEAL NUMBER 16-3880** |
| **MICHAEL CERRUTI,**<br>    **Appellant** | : | |

**APPELLANT'S MOTION FOR LEAVE TO FILE
<u>VOLUME III OF JOINT APPENDIX UNDER SEAL</u>**

Appellant Michael Cerruti, by his attorney Maria K. Pulzetti, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, respectfully moves, pursuant to Local Appellate Rule 30.3(b), to file the instant motion and Volume III of the joint appendix under seal. In support thereof, it is affirmed:

1.   Michael Cerruti was charged by indictment (No. 14-cr-00438-1) in the Eastern District of Pennsylvania with transportation of child pornography, in violation of 18 U.S.C. § 2252(a)(1) (Count 1); and possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) (Count 2). Mr. Cerruti entered a plea of guilty and was sentenced on October 11, 2016, before Honorable Jeffrey L. Schmehl, to 84 months' imprisonment, to be followed by 120 months of supervised

release. Mr. Cerruti was also ordered to pay restitution in the amount of $500.00, a $1,000.00 fine, and a $200.00 special assessment.

2. Mr. Cerruti thereafter filed a timely notice of appeal on October 17, 2016.

3. Mr. Cerruti filed his opening brief and Volumes I through III of the joint appendix on April 3, 2017.

4. The district court provided for a document material to this appeal to be filed under seal in the district court, which remains in effect. The only pages of the joint appendix, which counsel has included in Volume III of the joint appendix and requests to be sealed, are the Defendant's Sentencing Memorandum.

5. Local Appellate Rule 30.3(b) provides: "Records sealed in the district court and not unsealed by order of the court must not be included in the paper appendix. Paper copies of sealed documents must be filed in a separate sealed envelope. When filed electronically, sealed documents must be filed as a separate docket entry as a sealed volume." The scope of this motion to seal is limited. The document sealed by the district court consists of thirty-five pages contained in a separate volume of the joint appendix, Volume III (App. 74-108), and contains no other materials.

6. Pursuant to Rule 30.3(b) and in order to preserve the confidentiality ordered by the district court, Mr. Cerruti moves to file Volume III of the joint appendix under seal and respectfully requests that the sealing order remain in place indefinitely.

**WHEREFORE**, for all the foregoing reasons, appellant respectfully requests that this Court file the instant motion and Volume III of the joint appendix under seal.

Respectfully submitted,

*/s/ Maria K. Pulzetti*
MARIA K. PULZETTI
Assistant Federal Defender

# CERTIFICATE OF SERVICE

I, Maria K. Pulzetti, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of *Appellant's Motion for Leave to File Volume III of Joint Appendix Under Seal* upon Filing User Sherri A. Stephan, Assistant United States Attorney, through the Third Circuit Court of Appeals' Electronic Case Filing (CM/ECF) system.

*/s/ Maria K. Pulzetti*
MARIA K. PULZETTI

DATE:   April 3, 2017